IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMANDA MALPHURS, | * |
| Plaintiff, | * |
| v. | Case No.  5:13-CV-443-MTT |
| | * |
| COOLING TOWER SYSTEMS, INC. and JOE COATES | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated June 7, 2016, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $50,000.00 against Defendants, jointly and severally, for compensatory damages, and JUDGMENT is hereby entered in favor of Plaintiff in the amount of $130,000.00 for attorney's fees against Defendant JOE COATES.  The amounts shall accrue interest at a rate of 0.67% per annum until paid in full. Plaintiff shall also recover costs of this action.

This 10th day of June, 2016.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk